UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| T&M INVENTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-cv-947 (WCG) |
| ACUITY BRANDS LIGHTING, INC., et al., | ) |
| Defendants. | ) |

## T&M INVENTIONS, LLC'S MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS

Pursuant to Fed. R. Civ. P. 54(d)(2) and 35 U.S.C. § 285, Plaintiff T&M Inventions, LLC ("T&M"), through its counsel, hereby moves the Court to award its reasonable attorneys' fees and nontaxable costs, because T&M is the "prevailing party" and this case is "exceptional" within the meaning ascribed by the U.S. Supreme Court in *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014). In support of this Motion, T&M relies upon all pleadings of record in the above-captioned action, as well as all pleadings in *T&M Inventions, LLC, et al. v. Acuity Brands Lighting, Inc. et al.*, Case No. 12-cv-91, and the supporting brief and declarations filed herewith.

Dated this 15th day of June, 2016.

s/ David G. Hanson
David G. Hanson
WI State Bar No. 1019486
dhanson@reinhartlaw.com
James M. Burrows
WI State Bar No. 1084705
jburrows@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Plaintiff T&M Inventions, LLC*