UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

T&M INVENTIONS, LLC,

    Plaintiff,

v.                              Case No. 14-CV-947

ACUITY BRANDS LIGHTING, INC. et al.,

    Defendants.

---

**ORDER**

---

On June 15, 2016, Plaintiff, T&M Inventions, LLC, filed a Motion for Attorneys' Fees and Nontaxable Costs. This motion has been fully briefed. Having reviewed the parties' briefs, the Court hereby requests the parties submit supplemental briefing on the following issue:

> Is Acuity's liability for actual attorneys' fees and costs dependent upon its own knowledge and conduct or can Acuity, as a successor-in-interest to the '944 Patent, be liable for Jerome Blomberg's misconduct?

Parties should submit simultaneous briefs on the issue on or before August 25, 2016.

**SO ORDERED** this  5th  day of August, 2016.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court