UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

T&M INVENTIONS, LLC,

    Plaintiff,

v.                                    Case No. 14-C-0947

ACUITY BRANDS LIGHTING, INC., et al.,

    Defendants.

## ORDER

On August 25, 2016, the parties simultaneously submitted supplemental briefs addressing the court's question as to Acuity's liability as a successor-in-interest to the '944 Patent. After reviewing the supplemental briefing, the court invites Acuity to respond to T&M's argument that Acuity expressly assumed liability for any inventorship claims filed by Pendley and McLain. Acuity should file its response on or before September 9, 2016.

**SO ORDERED** this  31st  day of August, 2016.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court